# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KIMBERLY HERREN,<br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br>*Defendant* | )<br>)<br>)  Civil Action No.  12-CV-3043-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment (ECF No. 28) is GRANTED.
Plaintiff's Motion for Summary Judgment (ECF No. 26) is DENIED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on a motion for SUMMARY JUDGMENT (ECF NOS. 26 and 28).

Date:  August 13, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Renea Ferrante
*(By) Deputy Clerk*

Renea Ferrante